IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARK TILLMAN WALTERS, III,
Plaintiff,

v.  No. CV 10-1070 WJ/CEG

EDDY COUNTY DETENTION FACILITY;
ROBERT STEWART, Warden;
MIKE INGRAM, Captain,
Defendants.

### ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** comes before the Court on the United States Magistrate Judge's *Proposed Findings and Recommended Disposition*, filed January 3, 2012. (Doc. 19). The Magistrate Judge recommended that Plaintiff's case be dismissed with prejudice for failure to state a claim upon which relief may be granted and for failure to comply with court orders. (*Id.* at 1-2). Plaintiff was informed that objections to the Magistrate Judge's *Proposed Findings* were due within fourteen days and that failure to file objections would foreclose any appellate review. (*Id.* at 2). To this date, no objections have been filed and the deadline for doing so has passed.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's *Proposed Findings and Recommended Disposition* is adopted by the Court and this case is **DISMISSED WITH PREJUDICE**.

_____
UNITED STATES DISTRICT JUDGE